# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>MONDELEZ GLOBAL LLC,<br><br>               Defendant. | CASE NO. 21-CV-01534-LK<br><br>MINUTE ORDER DISMISSING CASE WITH PREJUDICE |

    The Clerk issues the following Minute Order by the authority of the Honorable Lauren King, United States District Judge.

    Pursuant to the parties' stipulation, Dkt. No. 19, the Court dismisses this action with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties will bear their own attorney fees and costs.

    Dated this 9th day of February, 2022.

                                                                       RAVI SUBRAMANIAN
                                                                       Clerk

                                                                        */s/Natalie Wood*
                                                                        Deputy Clerk